**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| LLOYD L. LOFTON, III, JOSHUA DILLON BATES, and DANIEL R. WAGNER,<br><br>    Plaintiffs,<br>v.<br><br>STATE OF IOWA, KENNETH KERR, COURTNEY M. KAY-DECKER, and BETTY MATHIS,<br><br>    Defendants. | NO. 4:17-cv-00301-RGE-CFB<br><br><br><br>STIPULATION OF DISMISSAL AS TO COUNT VII OF THE COMPLAINT AGAINST DEFENDANT KEN KERR |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Lloyd Lofton, Joshua Bates, and Daniel Wagner, by and through their attorneys, hereby stipulate that Count VII (Negligence) of Plaintiffs' First Amended Complaint against defendant Ken Kerr is dismissed with prejudice.,

Respectfully submitted,

| | |
|---|---|
| By: /s/ Melissa A. Schilling<br>　　Melissa A. Schilling, AT0010487<br>　　Jeffrey A. Krausman, AT0004333<br>　　William M. Reasoner, AT0013464<br>　　DICKINSON, MACKAMAN, TYLER &<br>　　HAGEN, P.C.<br>　　699 Walnut Street, Suite 1600<br>　　Des Moines, Iowa  50309-3986<br>　　Telephone:  515-244-2600<br>　　mschilling@dickinsonlaw.com<br>　　*Attorneys for Plaintiffs, Daniel R. Wagner,*<br>　　*Lloyd L. Lofton, III, and Joshua Dillon*<br>　　*Bates* | By: /s/ Kent A. Gummert<br>　　Kent A. Gummert, AT0003032<br>　　Lederer Weston Craig, PLC<br>　　4401 Westown Parkway, Suite 212<br>　　West Des Moines, Iowa  50266<br>　　Telephone:  515-224-3911<br>　　kgummert@lwclawyers.com<br>　　*Attorneys for Defendant Kenneth Kerr* |

All parties electronically served.