IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LLOYD L. LOFTON, III, JOSHUA DILLON BATES, and DANIEL R. WAGNER,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF IOWA and KENNETH KERR,<br><br>      Defendants. | Case No. 4:17-cv-00301-RGE-CFB<br><br><br>**APPLICATION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT (UNRESISTED)** |

   COMES NOW Defendant State of Iowa and pursuant to the requirements of Iowa Code Section 669.9 (2019), requests this Court to enter an Order approving the compromise and settlement of this lawsuit and, in support hereof, states:

   1. That Defendant State of Iowa and Plaintiffs have reached an agreement to compromise and settle this lawsuit, as to all claims raised by Plaintiffs against Defendant State of Iowa, on terms and conditions to be disclosed to the Court with presentation of this Application.

   2. Iowa Code Section 669.9 (2019) requires that any compromise and settlement of a claim by the Attorney General be approved by the Court.

   3. Plaintiffs are in agreement that settlement should be approved.

   4. This Defendant believes that the proposed compromise and settlement of this lawsuit is in the best interests of the parties and should be approved by this Court.

   **WHEREFORE,** Defendant State of Iowa requests the Court enter an Order Approving Compromise and Settlement of this matter.

                              Respectfully submitted,

                              THOMAS J. MILLER
                              Attorney General of Iowa

1

/s/ NICHOLAS E. SIEFERT
NICHOLAS E. SIEFERT (AT0012993)
Assistant Attorney General
Department of Justice – Special Litigation
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, IA 50319
Phone: 515-281-6665
Fax: 515-281-4902
nick.siefert@ag.iowa.gov
ATTORNEY FOR DEFENDANT
STATE OF IOWA

Filed via EDMS.

**Proof of Service**
The undersigned certifies that the foregoing instrument was served upon each of the parties by delivery in the following manner on this date: November 25, 2019.
☐ U.S. Mail           ☐ Fax
☐ Hand Delivery       ☐ Overnight Courier
☐ Email               X Other:  EDMS

/s/ Nicholas Siefert