**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| LLOYD L. LOFTON, III, JOSHUA DILLON BATES, and DANIEL R. WAGNER,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF IOWA AND KENNETH KERR,<br><br>Defendants. | NO. 4:17-cv-00301-RGE-CFB<br><br>**NOTICE OF SETTLEMENT RE: KEN KERR** |

**COME NOW,** Plaintiffs Lloyd Lofton, Joshua Bates, and Dan Wagner and Defendant Ken Kerr, by and through their attorneys, and notify the Court that they settled the claims asserted in this action against Defendant Ken Kerr. Following the execution of the settlement agreement, the claims against Ken Kerr will be dismissed with prejudice.

| | |
|---|---|
| By: /s/ Melissa A. Schilling<br>  Melissa A. Schilling, AT0010487<br>  DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.<br>  699 Walnut Street, Suite 1600<br>  Des Moines, Iowa  50309-3986<br>  Telephone:  515-244-2600<br>  mschilling@dickinsonlaw.com<br>  *Attorneys for Plaintiffs, Daniel R. Wagner, Lloyd L. Lofton, III, and Joshua Dillon Bates* | By: /s/ Kent A. Gummert<br>  Kent A. Gummert<br>  Lederer Weston Craig PLC<br>  4401 Westown Parkway, Suite 212<br>  West Des Moines, Iowa 50266<br>  kgummert@lwclawyers.com<br>  *Attorneys for Defendants Ken Kerr* |

All parties electronically served.