IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LLOYD L. LOFTON III, JOSHUA DILLON BATES, and DANIEL R. WAGNER,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF IOWA and KENNETH KERR,<br><br>    Defendants. | No. 4:17-cv-00301-RGE-CFB<br><br>ORDER APPROVING COMPROMISE AND SETTLEMENT |

There having been presented to the Court the Application of Defendant State of Iowa for an Order approving the compromise and settlement of this lawsuit on all claims brought by Plaintiffs against Defendant State of Iowa, and the Court having reviewed said Application, and having been informed of the terms and conditions of the proposed compromise and settlement, the Court FINDS:

That the proposed compromise and settlement is fair and reasonable under the circumstances of this lawsuit and is approved.

**IT IS ORDERED,** pursuant to Iowa Code § 669.9 (2019), that the compromise and settlement of this lawsuit between Plaintiffs and Defendant State of Iowa is approved.

**IT IS FURTHER ORDERED** that counsel for Plaintiffs shall receive compensation as set forth in the Settlement Agreement and Release agreed to by Plaintiffs and Defendant State of Iowa.

**IT IS FURTHER ORDERED** that upon receipt by Plaintiffs of any payment required by the settlement agreement, Plaintiffs shall dismiss this action with prejudice.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2019.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE